DANIEL B. HALSTEAD, Respondent, *v.* CHARLES C. DODGE et al.
Appellants.

NELSON J. BOTSFORD, Respondent, *v.* Same Appellants.

(Argued June 8, 1886 ; decided October 5, 1886.)

*William D. Peck & John E. Ward* for appellants.

*James B. Dill* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgments affirmed.